# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:12-cr-301-T-26MAP

SHAWN LOUIS SUTTER
_____/

# **O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Opposed Motion to Allow Witness to Provide Testimony Telephonically (Dkt. 171) is granted. Defense Counsel shall insure that the witness is immediately available to provide testimony telephonically during the course of the sentencing hearing. Defense counsel shall also provide the witness' telephone number at which he can be reached to the Court's courtroom deputy clerk no later than 12 noon tomorrow.

**DONE AND ORDERED** at Tampa, Florida, on April 24, 2013.

　　　　　　　　　　　　　　　s/*Richard A. Lazzara*
　　　　　　　　　　　　　　　**RICHARD A. LAZZARA**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record